**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fabricated Plastics Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA FPI Thermoplastic Technologies; DBA FPI Topcraft;<br>DBA Cosmepak** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**22-2190774** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Ivyland Road<br>Warminster, PA**<br><br>ZIP Code **18974** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bucks** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **178-180 Hanover Avenue<br>Whippany, NJ 07981** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fabricated Plastics Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fabricated Plastics Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Stephen B. Ravin**
Signature of Attorney for Debtor(s)

**Stephen B. Ravin SR-7074**
Printed Name of Attorney for Debtor(s)

**Forman Holt Eliades & Ravin LLC**
Firm Name
**80 Route 4 East**
**Suite 290**
**Paramus, NJ 07652**

Address

**(201) 845-1000  Fax: (201) 845-9112**
Telephone Number

**August 24, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sebastian Murray**
Signature of Authorized Individual
**Sebastian Murray**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**August 24, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## RESOLUTION OF SPECIAL MEETING OF BOARD OF
## DIRECTORS OF FABRICATED PLASTICS, INC.

I hereby certify that at a special meeting of the Board of Directors of Fabricated Plastics,

Inc., a corporation of the State of New Jersey held on the 24 day of August, 2010, the following

resolutions were proposed and unanimously adopted by all Directors:

> "Resolved that Fabricated Plastics, Inc., a New Jersey corporation, its
> officers be and are hereby authorized to file a petition pursuant to Chapter 11
> of the Bankruptcy Code and to retain the services of the firm, Forman Holt
> Eliades & Ravin LLC, for the purposes of preparing, filing, and prosecuting
> a petition under Chapter 11 and to take all steps necessary and related
> thereto, and to retain Cambridge Financial Services LLC as financial
> advisors, and that Sebastian Murray, President, is hereby authorized to
> execute the petition and any other pleadings or documents he and counsel
> deem necessary in connection with the Chapter 11 proceeding of Fabricated
> Plastics, Inc."

In certification hereof, I do set my hand and seal this 24 day of August, 2010.

Fabricated Plastics, Inc.

By: _____
Sebastian Murray, President

ATTEST:

_____

M:\PET\FP\CHAPTER 11\Corporate Resolution.doc

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **Fabricated Plastics Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hanover Township Tax Collector 1000 Route 10 Whippany, NJ 07981-0250 | Silvio Esposito 973-575-6659 | | | 214,347.49 |
| TPM Associates 2040 Spring Avenue Feasterville Trevose, PA 19053 | George Gibson 215-208-8974 | | | 121,479.44 |
| Plastech Management Corp. 189 Blackberry Way Monroe Township, NJ 08831 | Tom Perkins 609-860-0416 (fax) | | | 81,872.00 |
| Polymer Resources 595 Sumner Street Stamford, CT 06901 | Bill Feldman 860-678-4336 (fax) | | | 81,241.32 |
| Steven Robert Lehr 33 Clinton Road Caldwell, NJ 07006 | Steven Robert Lehr 973-575-8340 (fax) | | | 77,996.65 |
| Alliant Group 5400 Westheimer Court, Suite 700 Houston, TX 77056 | Amanda Berman 713-877-9657 (fax) | | | 76,986.50 |
| LL Management Services 5932 North 5th Street Philadelphia, PA 19120 | Daniel Dong 215-549-6450 (fax) | | | 76,965.05 |
| CIT Technology Financial Services 10201 Centurion Parkway North Suite 100 Jacksonville, FL 32256 | Sherry Bond 904-596-2682 (fax) | | | 67,466.97 |
| Atlantic Polymer 12 Fox Ridge Road Armonk, NY 10504 | Adam Winston 914-273-0216 (fax) | | | 65,271.22 |
| Shashi Parekh, LLC 3 Leddell Road Mendham, NJ 07945 | Shashi Parekh, LLC 973-542-1477 (fax) | | | 57,115.46 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Fabricated Plastics Inc.**                                                Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Independent Plastics**<br>**6611 Petropark Drive**<br>**Houston, TX 77041** | **Ted Green**<br><br>**713-329-9966 (fax)** | | | **54,549.60** |
| **Ivyland Tax Collector**<br>**991 Pennsylvania Avenue**<br>**Ivyland, PA 18974** | **Linda Fanelli**<br><br>**215-441-5105 (fax)** | | | **53,127.45** |
| **Barbara Loftus, Tax Collector**<br>**401 Gibson Avenue, Suite 1**<br>**Warminster, PA 18974** | **Barbara Loftus**<br><br>**215-443-7723 (fax)** | | | **45,025.86** |
| **Randy Rapin**<br>**743 Hidden Circle**<br>**Dayton, OH 45458** | **Randy Rapin**<br><br>**937-433-0067 (fax)** | | | **43,838.93** |
| **Sabic Innovative Plastics**<br>**9930 Kincey Avenue, Suite 150**<br>**Huntersville, NC 28078** | **Lisa Stapleton**<br>**Sabic Innovative Plastics**<br>**9930 Kincey Avenue, Suite 150**<br>**Huntersville, NC 28078**<br>**800-752-7842** | | | **41,661.43** |
| **Federal Plastics**<br>**715 South Avenue**<br>**Cranford, NJ 07016** | **Mike Triano**<br><br>**908-272-9021 (fax)** | | | **37,476.50** |
| **Carter Manufacturing**<br>**55 Anderson Avenue**<br>**Moonachie, NJ 07074** | **Dan Shachtman**<br><br>**201-935-2812 (fax)** | | | **36,600.00** |
| **Philadelphia Electric Co.**<br>**2301 Market Street**<br>**Philadelphia, PA 19101** | **Aida Dorsey**<br><br>**215-841-4024 (fax)** | | | **32,616.83** |
| **Solvay Advanced Polymers**<br>**3064 Camden Way**<br>**Alpharetta, GA 30005** | **Accounts Payable**<br>**Solvay Advanced Polymers**<br>**3064 Camden Way**<br>**Alpharetta, GA 30005**<br>**800-621-4557 (fax)** | | | **28,637.75** |
| **Jersey Plastic Molders**<br>**149 Shaw Avenue**<br>**Irvington, NJ 07111** | **Accounting**<br>**Jersey Plastic Molders**<br>**149 Shaw Avenue**<br>**Irvington, NJ 07111**<br>**201-926-1745 (fax)** | | | **23,242.66** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Fabricated Plastics Inc.**                                      Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **August 24, 2010**                          Signature    **/s/ Sebastian Murray**
                                                                    **Sebastian Murray**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    **Fabricated Plastics Inc.**                              Case No. _____

                                      Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 24, 2010**                  **/s/ Sebastian Murray**

                                           **Sebastian Murray/President**
                                           Signer/Title

ABC Fire & Safety Inc.
750 Fairfield Ave.
Kenilworth, NJ 07033


ABCO
39 Tompkins Point
Newark, NJ 07114


AC Grinding & Supply
1971 Hartel Street
Levittown, PA 19057


Acclimate Technologies, Inc.
714 East Monument Avenue
Dayton, OH 45402


Ace Mold Company Limited
Unit 510, 5/F
Vanta Ind. Cen
21-23 Tai Lin - Kwai Chung, N.T.
CHINA


ACME Heat Treat
4626 Hedge Street
Philadelphia, PA 19124


ADP
PO Box 9001006
Louisville, KY 40290-1006


AEC
100 Roddy Avenue
Attleboro, MA 02703


AEC Inc.
1100 E. Woodfield Road, Suite 550
Schaumburg, IL 60173


Aetna Dental
Attn: Aetna - Middletown
PO Box 88860
Chicago, IL 60673

Aetna US Healthcare
PO Box 88874
Chicago, IL 60695


AFCO Credit Corporation
4501 College Boulevard
Leawood, KS 66211


Airgas East
140 Harding Avenue
Bellmawr, NJ 08031


Airgas Safety
128 Wharton Road
Bristol, PA 19007-1693


Al Hanzl
43 Colony Court
New Providence, NJ 07974


Alexander Shpiruk
898 Greenville Road
Sussex, NJ 07461


All County Limousine
42 East Main Street
Denville, NJ 07834


All Season Lawn & Landscaping
PO Box 45
Warminster, PA 18974


Alliant Group
5400 Westheimer Court, Suite 700
Houston, TX 77056


Allied Administrators
PO Box 45381
San Francisco, CA 94145


Allied Electronics, Inc.
1 Executive Drive, Suite 1
Moorestown, NJ 08057

Amer-Mold Corporation
1800EE Mearns Road
Warminster, PA 18974


American Express
PO Box 1270
Harrisburg, PA 17101-1270


American Graphics Solutions
222 River Avenue
Lakewood, NJ 08701


Americhem Inc.
1441 Timber Drive
Elgin, IL 60123


Arburg Inc.
125 Rockwell Road
Newington, CT 06111


ARC Resin Corporation
PO Box 1128
Marietta, OH 45750


Armoloy of Western PA, Inc.
1231 Rodi Road
Turtle Creek, PA 15145


Ashland Distribution Co.
5200 Blazer Parkway
Dublin, OH 43017


ASK Plastics Inc.
9750 Ashton Road
Philadelphia, PA 19114


Atlantic Polymer
12 Fox Ridge Road
Armonk, NY 10504


Atlantic Polymers Corp.
PO Box 21
Armonk, NY 10504

Bank of America
PO Box 15710
Wilmington, DE 19886-5368


Barbara Loftus, Tax Collector
401 Gibson Avenue, Suite 1
Warminster, PA 18974


Bayshore Vinyl Compounds
221 Route 522
PO Box 430
Tennent, NJ 07763


Benia Design, Inc.
153 River Road
Clifton, NJ 07014-0212


Breathe Safe Air Systems Inc.
2507 Bristol Road
Warrington, PA 18976


Brian Bethke
559 Anthony Street
Monterey, CA 93940


C&W Mechanical Inc.
2092 Pottstown Pike
Pottstown, PA 19465


Cambridge Financial Services LLC
Raritan Plaza III
105 Fieldcrest Ave., Suite 302
Edison, NJ 08837


Capital One
PO Box 85814
Richmond, VA 23285-5184


Carter Manufacturing
55 Anderson Avenue
Moonachie, NJ 07074


Cathay Bank

Centerline Automation
820 Boston Turnpike Road
Shrewsbury, MA 01545


CFS Investment Advisory Service
97 Lackawanna Avenue
Totowa, NJ 07512


Champion Plastics
220 Clifton Boulevard
Clifton, NJ 07011


Channel Prime Alliance
1803 Hull Avenue
Des Moines, IA 50313


Chase Auto Finance
PO Box 830224
Baltimore, MD 21283-0224


CIT Technology Financial Services
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Coast to Coast Staff Inc.
4719 Rorer Street
Philadelphia, PA 19120


Cobra Control Services, LLC
PO Box 62407
King of Prussia, PA 19406


Con-Way Freight
PO Box 7777, W9100
Philadelphia, PA 19175


Cooperative Communications
PO Box 903
Belleville, NJ 07109-0903


Corro Therm Inc.
175 Philmont Avenue
Feasterville Trevose, PA 19053

CPS Resources Inc.
2000 Innovation Drive
Indian Trail, NC 28079


Custom Foils Co.
815 Foundry Street
Newark, NJ 07105


Custom Resins Corp.
55 Haul Road
Wayne, NJ 07470


D&B
PO Box 92542
Chicago, IL 60675-2542


D&J Industries Inc.
3 Hollywood Court
South Plainfield, NJ 07080


DBR Industries Inc.
18 Penns Trail
Newtown, PA 18940


Delta Dental
PO Box 23700
Newark, NJ 07189-0001


Deluxe Packaging, Inc.
1079 Thomas Busch Highway
Pennsauken, NJ 08110


Design Lithographics
519 Eighth Avenue
New York, NY 10018


DHL Worldwide Express
PO Box 4723
Houston, TX 77210-4723


Digital Express
PO Box 545
Denville, NJ 07834

Dimensional Layout Services
1200 DeGurse Avenue
Marine City, MI 48039


Division of Fire Safety
PO Box 809
Trenton, NJ 08625-0809


DME (74851)
29111 Stephenson Highway
Madison Heights, MI 48071


Dukane Corporation
2900 Dukane Drive
Saint Charles, IL 60174


Eagles Peak (113001)
Box 195
Fountainville, PA 18923


EMI Corp.
427 West Pike Street
Jackson Center, OH 45334


ENCO
6700 Discovery Boulevard
Mableton, GA 30126


Estes Express Lines
PO Box 25612
Richmond, VA 23260-5612


Fairfield Pallet Co. Inc.
PO Box 361
Fairton, NJ 08320


Fairfield Stamping
374 Midland Avenue
PO Box 8358
Saddle Brook, NJ 07663-8358


Fastenal
366 Easton Road
Warrington, PA 18976

Fasti USA Inc.
927 North State Street
Elgin, IL 60123


Fax Express Inc.
710 Mattison Avenue
Asbury Park, NJ 07712-0841


Federal Express Packages Overnight
2005 Corporate Plaza
2nd Floor
Memphis, TN 38132


Federal Plastics
715 South Avenue
Cranford, NJ 07016


Feintool Cincinnati Inc.
11280 Cornell Park Drive
Cincinnati, OH 45242-1888


Fineline Circuits Inc.
1660 Loretta Avenue
Feasterville Trevose, PA 19053


First State Bank
16 Commerce Drive
Cranford, NJ 07016


Five Stars
4900 North 8th Street
Room E
Philadelphia, PA 19120


Fourslide Spring & Stamp Inc.
PO Box 839
87 Cross Street
Bristol, CT 06011-0839


Garber Metrology
PO Box 10665
1842 William
Lancaster, PA 17605-0665

Garwood Metal Co.
231 North Avenue
PO Box 294
Garwood, NJ 07027


Gary Rokosny
267 Hamilton Boulevard
Piscataway, NJ 08854


Gem Barcoding Inc.
3656 Post Road
Warwick, RI 02886


General Partition Company Inc.
PO Box 97
916 Washington
Croydon, PA 19021


General Plastex Inc.
35 Stuver Place
Barberton, OH 44203


Gesswein
255 Hancock Avenue
PO Box 399
Bridgeport, CT 06605-0936


Ginkgo Landscapes
1234 Irma Road
Warminster, PA 18974


Global Staffing Services NJ
PO Box 845510
Boston, MA 02284-5510


Grainger Parts Operation
1657 Sherman
Northbrook, IL 60062-5362


Great American Group
21860 Burbank Boulevard
Suite 300
Woodland Hills, CA 91367

Guardian
PO Box 6049
Carol Stream, IL 60197-6049


Guy M. Cooper
300 Davisville Road
Willow Grove, PA 19090


H.W. Farren
1578 Sussex Turnpike
Randolph, NJ 07869


Hanover Township Tax Collector
1000 Route 10
Whippany, NJ 07981-0250


Hasler
PO Box 30193
Tampa, FL 33630


Hasler Financial Services
478 Wheelers Farms Road
Milford, CT 06461


Hawk Mold & Die Supply
PO Box 100
5189 Stum...
Plumsteadville, PA 18949


Hera Lighting LP
3025 Business Park Drive
Norcross, GA 30071


Hot Set
1045 Hartslake Road
Battle Creek, MI 49015


HS Spring
3805 Business Park Drive
Louisville, KY 40213


I Stern Plastics
49 Brant Avenue
Suite 7 & 8
Clark, NJ 07066

IMS Company
10373 Stafford Road
Chagrin Falls, OH 44023-5296


Incoe Corporation
PO Box 485
Troy, MI 48099-0485


Independent Plastics
6611 Petropark Drive
Houston, TX 77041


Infinity Compounding
2079 Center Square Road
Swedesboro, NJ 08085


Inovis Inc.
PO Box 198145
Atlanta, GA 30384-8145


Integrated Document Solutions
532 West Market Street
Perkasie, PA 18944


Intelligencer
333 North Broad Street
PO Box 110
Doylestown, PA 18901-0360


International Polymers Corp.
426 South Aubrey Street
Allentown, PA 18109


Ivyland Tax Collector
991 Pennsylvania Avenue
Ivyland, PA 18974


Ivywood Condominium Assoc., Inc.
PO Box 2591
Warminster, PA 18974


J&C Mechanical Components LLC
45 Pompton Road
Haledon, NJ 07508

Jay Disler
12 Fox Hollow Road
Montville, NJ 07045


Jersey Central Power & Light
PO Box 3687
Akron, OH 44309-3687


Jersey Plastic Molders
149 Shaw Avenue
Irvington, NJ 07111


John C. Schaub Inc.
23 Adams Street
Mount Laurel, NJ 08054


John J. McIntyre & Sons Inc.
514-516 Knorr Street
Philadelphia, PA 19111-4699


Kufen Electric Motors
27 North York Road
Warminster, PA 18974


L&Z Tool & Engineering Inc.
1691 US Highway 22 West
Watchung, NJ 07069-6595


Labeet Transportation
624 Donald Street
Brick, NJ 08723


Labeet Transportation Logistics
624 Donald Street
Brick, NJ 08723


Lafferty Chevrolet Company
829 West Street Road
Warminster, PA 18974


Langhorne Wood Products Co.
PO Box 204
PA 18047-5604

LFS Coating Services Inc.
100 Mill Street
Bethlehem, PA 18018


Litco International Inc.
1 Litco Drive
PO Box 150
Vienna, OH 44473-0150


LL Management Services
5932 North 5th Street
Philadelphia, PA 19120


Lloyds Register Quality Assurance
1401 Enclave Parkway
Suite 200
Houston, TX 77077


LLT
4560 Darrow Road
Stow, OH 44224


Lowe, John
204 East Highland AVenue
Atlantic Highlands, NJ 07716


Lyondell Basell
100 South Mitchell Road
Mansfield, TX 76063


M&M Aerospace Hardware Inc.
599 Valley Health Plaza
Paramus, NJ 07653


M. Holland
400 Skokie Boulevard, #600
Northbrook, IL 60062


Mack Molding Co.
608 Warm Brook road
Arlington, VT 05250


Marlin Leasing
PO Box 13604
Philadelphia, PA 19101-3604

Marval Industries Inc.
315 Hoyt Avenue
Mamaroneck, NY 10543


Mastermans
11 C Street
PO Box 411
Auburn, MA 01501-0411


Matrix Inc.
1 Calamore Boulevard
East Providence, RI 02914


Mattec Corporation
1301 mattec Drive
Loveland, OH 45140


McCallion Staffing Specialists
PO Box 550
Montgomeryville, PA 18936-0550


Milacron Inc.
Plastic Technology Group
Atlanta, GA 30374-0440


Miller Packaging Materials
PO Box 939
Buckingham, PA 18912


Mohawk Manufacturing Co.
1270 Newfield Street
Middletown, CT 06457


Molding Automation Concepts
1760 Kilkenny Court
Woodstock, IL 60098


Mueller Corporation
530 Spring Street
East Bridgewater 02333


National Tool & Manufacturing Co.
2820 Galvin Drive
Elgin, IL 60123

Neopost Leasing
PO Box 917
Union City, CA 94587-0917


Neshaminy Tool Company
1800 Y Mearns Road
Warminster, PA 18974


New Century Freight
45 Eastpark Drive
Mount Holly, NJ 08060


New Penn Motor Express
625 South Fifth Avenue
PO Box 630
Lebanon, PA 17042-0630


New Pig Corporation
Pig Place
One Pork
Tipton, PA 16684-0304


Nicos Polymer
730 Bangor Road
Nazareth, PA 18064


NJ Dept. Env. - ID 207
PO Box 417
Trenton, NJ 08646


Novacare Occupational Health
PO Box 827842
Philadelphia, PA 19182-7842


Office Team
12400 Collections Drive
Chicago, IL 60693


Old Dominion Freight Line Inc.
PO Box 60908
Charlotte, NC 28260-0908

On Time Staffing
Ferry Terminal Building
2 Aquarium
Camden, NJ 08103


Orycon Control Tech Inc.
3407 Rose Avenue
Asbury Park, NJ 07712


PA Equipment Sales Co.
858 Old Mill Road
Pittsburgh, PA 15238-1747


PA SCDU
PO Box 69112
Harrisburg, PA 17106-9112


Paetec Communications
PO Box 449
Horsham, PA 19044-0449


Pascual Musitano
2197 Sunrise Way
Jamison, PA 18929


PC Connection
730 Milford Road
Merrimack, NH 03054


PCC
1134 Highway 49 South
Asheboro, NC 27203


Perez, David
1008 Bulson Street
Camden, NJ 08104


Performance Coatings International
10 Henderson Drive
Caldwell, NJ 07006


Performance Polymers
803R Lancaster Street
Leominster, MA 01453

Philadelphia Electric Co.
2301 Market Street
Philadelphia, PA 19101


Pjax Freight Systems
PO Box 1290
Gibsonia, PA 15044


Plastech Management Corp.
189 Blackberry Way
Monroe Township, NJ 08831


Plastic Process Equipment Inc.
8303 Corporate Park Drive
Macedonia, OH 44056


Plastiflex North Carolina
2101 Sherrill Drive
Statesville, NC 28625


PM Fasteners Inc.
333 Godshall Drive
PO Box 124
Gwynedd, PA 19436-0124


Polmold Inc.
174 Main Avenue
Wallington, NJ 07057


Polymer Cleaning
216 Route 206
Unit 2
Hillsborough, NJ 08844


Polymer Resources
595 Sumner Street
Stamford, CT 06901


PQ Systems
210B East Spring
Dayton, OH 45458

Prism Engineering Inc.
455 Business Center Drive
Suite 225
Horsham, PA 19044


Progressive Components
235 Industrial Drive
Wauconda, IL 60084


PSE&G
80 Park Place
Newark, NJ 07102


PTA Corporation
148 Christian Street
Oxford, CT 06478


Puget Sound Leasing Co.
PO box 1295
Issaquah, WA 98027-1295


Pure Polymers LLC
446 Main Street
Worcester, MA 01608


Purple Diamond Testing Service
2710 Lehigh Street
Whitehall, PA 18052


Quality Components & Service LLC
9 Mt. Pleasant Turnpike
Denville, NJ 07834


R E Michel Co. Inc.
915 Easton Road
Warrington, PA 18976


Randstad
PO Box 2084
Carol Stream, IL 60132-2084


Randy Rapin
743 Hidden Circle
Dayton, OH 45458

Rapidforms Inc.
301 Grove Road
Thorofare, NJ 08086-9499


RFC Container
2066 South East Avenue
Vineland, NJ 08360


RJ Studios Inc.
701A Canal Street
Bristol, PA 19007


Roadway Express
PO Box 1111
Akron, OH 44393-0001


Robert Half Mgmt. Resources
12400 Collections Center Drive
Chicago, IL 60693


Robotic Automation Systems
204 Moravian Valley Road
Waunakee, WI 53597


Royal Diversified Products Inc.
287 Market Street
PO Box 444
Warren, RI 02885-0444


Royce Associates
35 Carlton Avenue
East Rutherford, NJ 07073


RSI Americas LLC
PO Box 783
Prospect, KY 40059


RTP Co.
590 East Front Street
Winona, MN 55987


RTP Co.
580 East Front Street
Winona, MN 55987

Sabic Innovative Plastics
9930 Kincey Avenue, Suite 150
Huntersville, NC 28078


Safety Kleen Corp.
PO Box 12349
Columbia, SC 29211-2349


SEI Investments
PO Box 945794
Atlanta, GA 30394-5794


Shashi Parekh, LLC
3 Leddell Road
Mendham, NJ 07945


Simplex Grinell
283 Gibraltar Road
Horsham, PA 19044


SMCMUA
PO Box 42635
Philadelphia, PA 19101-2635


Solarsoft Business Systems
131 Belle Forest Circle
Nashville, TN 37221


Solvay Advanced Polymers
3064 Camden Way
Alpharetta, GA 30005


Specialty Enterprises LLC
898 Greenville Road
Wantage, NJ 07461


Standard Register
Doc Sys-Engraving Dept.
600 Albany
Dayton, OH 45408


Stanley Vidmar
11 Grammes Road
Allentown, PA 18103

Staples Business Advantage
1311 Spruce Street
Philadelphia, PA 19107


Staples Inc.
1025 North Easton Pike
Willow Grove, PA 19090


Star Automation
North 90 West
14401 Commerce Drive
Menomonee Falls, WI 53051


State of NJ - Dept. Labor
PO Box 929
Trenton, NJ 08625-0059


Steven Robert Lehr
33 Clinton Road
Caldwell, NJ 07006


Sun Life Financial
PO Box 7247-0381
Philadelphia, PA 19170-0381


Sun Plastech Inc.
1140 Parsippany Boulevard
PO Box 6387
Parsippany, NJ 07054


Tenibac Graphion
35155 Automation Drive
Clinton Township, MI 48035


Terminix International
PO Box 742592
Cincinnati, OH 45274-2592


The Hartford
PO Box 2907
Hartford, CT 06104-2907

The Mold Finishing Co. Inc.
45 North Avenue
PO Box 96
Garwood, NJ 07027


Thorsen's Precision Grinding
20 East 6th Street
Gate 1
Waynesboro, PA 17268


TM Acceptance Corp.
PO Box 7247-0369
Philadelphia, PA 19170


Township of Morristown
PO Box 431
Morristown, NJ 07963-0431


TPE Solutions Inc.
3 Patterson Road
Shirley, MA 01464


TPM Associates
2040 Spring Avenue
Feasterville Trevose, PA 19053


Transport Rockman Canada
10765 Cote de Liesse $56
Dorval, Quebec
CANADA
H9P 1A7


Treasure Sign
15 Park Avenue
Willow Grove, PA 19090


U Line
2200 South Lakeside Drive
Waukegan, IL 60085


Underwriters Laboratories, Inc.
PO Box 75330
Chicago, IL 60675-5330

United Food & Commercial
Workers Union Local #888
Mount Vernon, NY 10550


Universal Dynamics Corporation
13600 Dabney Road
Woodbridge, VA 22191


UPS Freight
PO Box 79755
Baltimore, MD 21279-0755


UPS Supply Chain Solutions Inc.
PO Box 533238
Atlanta, GA 30353-3238


USF Holland
750 East 40th Street
PO Box 9021
Holland, MI 49422-9021


USI Consulting Group
95 Glastonbury Boulevard
Glastonbury, CT 06033


Verizon
PO Box 660748
Dallas, TX 75266-0748


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


Victory Mannkraft
100 Frontage Road
Newark, NJ 07114


Vogel Carton Corp.
670 Louis Drive
Warminster, PA 18974


Volvo Car Finance N. America
PO Box 371395
Pittsburgh, PA 15250-7395

```
W.W Grainger Inc.
17 Bonair Drive
Warminster, PA 18974


Ward Trucking
PO Box 1553
Altoona, PA 16603


Warminster Municipal Authority
415 Gibson Avenue
Warminster, PA 18974


Weiser LP
399 Thornall Street
Edison, NJ 08837-2246


Wharton Lyon & Lyon
101 South Livingston Avenue
Livingston, NJ 07039-0457


Wittman
One Technology Park
Torrington, CT 06790


Yellow Freight System
PO Box 13850
Newark, NJ 07188-0850


Yudo Inc.
8163 Business Way
Plain City, OH 43064


Zee Medical Service
2745B Leiscz's Bridge Road
Reading, PA 19605
```